PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dino Accaria                               Cr.: 95-544

Name of Sentencing Judicial Officer: Honorable John C. Lifland, Senior United States District Judge

Date of Original Sentence: 08/26/96

Original Offense: Conspiracy to Pass Counterfeit Obligations

Original Sentence: 18 months imprisonment to run consecutively to sentence defendant is presently serving

Type of Supervision: Supervised Release         Date Supervision Commenced: 06/28/02

Assistant U.S. Attorney: Barry Pollack          Defense Attorney: Josh Markowitz, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' by engaging in new criminal activity, in that he was arrested by the Eatontown, New Jersey Police Department on May 30, 2005 for Harrassment.. |
| 2 | The offender violated the supervision condition which states "you shall answer truthfully, all inquiries by the Probation Office and follow the instructions of the Probation Officer" in that on June 27, 2005, he was directed by his Probation Officer, Nancy Hildner, to have no contact with Maritza Palacios. The offender failed to comply with the directions, contacting Maritza Palacios on July 5, 2005. |

Respectfully submitted,

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 07/06/05

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[X] Warrant issued on 07/06/05 is hereby dismissed.
[ ] Other

_____
Signature of Judicial Officer

7/7/05
_____
Date